IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS A. CICARDO and
LORI L. CICARDO,

                                       JUDGMENT IN A CIVIL CASE

    Plaintiffs,

                                       Case No. 08-cv-606-bbc

v.

EDWARD VAN DER MOLEN and
BRUCE BRYANT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs Thomas and Lori Cicardo against defendant Bruce Bryant in the amount of $554,000.00 plus interest accruing at $151.78 each day since July 1, 2008 until judgment is entered and an additional $49,885.44 for attorney fees and costs.

_____         _____
Peter Oppeneer, Clerk of Court               Date 4/30/09